UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 21 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JOHNELL LEE CLEVELAND, AKA Bankroll Johnny,<br><br>Defendant - Appellant. | No. 24-3251<br><br>D.C. No.<br>3:18-cr-00155-MO-1<br><br>District of Oregon,<br>Portland<br><br>MANDATE |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JOHNELL LEE CLEVELAND, AKA Bankroll Johnny,<br><br>Defendant - Appellant. | No. 24-3253<br><br>D.C. No.<br>3:21-cr-00404-MO-1<br><br>District of Oregon,<br>Portland |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JOHNELL LEE CLEVELAND, AKA Bankroll Johnny,<br><br>Defendant - Appellant. | No. 24-3256<br><br>D.C. No.<br>3:22-cr-00095-MO-1<br><br>District of Oregon,<br>Portland |

The judgment of this Court, entered July 30, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT